FILED

11/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0554

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Cause No. DA 22-0554

CHERYL VOEGEL,

Plaintiff & Appellant,

v.

DEVYN SALSBERY,

Defendant & Appellee,

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, there being no objection from the State, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 6, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 29 2022